# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JENNIFER PORTER                                                            PLAINTIFF

v.                               4:21-cv-001075-BRW-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                      DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. After careful review of the RD and the timely objections received thereto, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 1st day of September, 2022.

                                                                  BILLY ROY WILSON
                                                                  BILLY ROY WILSON
                                                                  UNITED STATES DISTRICT JUDGE