# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JENNIFER PORTER                                                                                                    PLAINTIFF

v.                          4:21-cv-001075-BRW-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED this 1st day of September, 2022.

                                                                     BILLY ROY WILSON
                                                                     BILLY ROY WILSON
                                                                     UNITED STATES DISTRICT JUDGE